IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOB FREEMAN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GNS CORPORATION, A Nebraska Corporation;<br><br>                    Defendant. | 4:14CV3203<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Michael J. Dyer, on behalf of Dyer Law, PC, LLO, and Kelly K. Brandon, as counsel of record for Plaintiff Bob Freeman, (filing no. 3), is granted.

2) On or before February 9, 2015, Plaintiff Bob Freeman shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel.  The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff Bob Freeman at:

Bobby Freeman
820 S. Pine Ave. Lot 16
Hastings, NE 68901

January 12, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge